[No. 28625-4-II.   Division Two.   July 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAYMOND NORDSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 01-1-00031-0, Joel M. Penoyar, J., entered March 25, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 46208-3-I.   Division One.   July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO R. RECUENCO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07833-7, Linda Lau, J., entered March 2, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Coleman, J.

[No. 47952-1-I.   Division One.   July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LETITIA ANN WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04550-2, William L. Downing, J., entered January 8, 2001. *Affirmed* by unpublished per curiam opinion.